UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAVIER ZAMORA,

Plaintiff,

vs.

JAMES HILL, et al.,

Defendants.

Case No.:  3:25-cv-2810-WQH-AHG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**

HAYES, Judge:

Plaintiff Javier Zamora ("Plaintiff" or "Zamora") is proceeding *pro se* with a civil action pursuant to 42 U.S.C. § 1983. On March 26, 2026, the Court dismissed Zamora's Complaint without prejudice and with leave to file a First Amended Complaint by May 25, 2026. (*See* ECF No. 5.) On May 24, 2026,[1] Plaintiff filed a Motion for an Extension of

---

[1] Notations on the envelope in which the document was received indicate Zamora turned the document over to prison staff for mailing on May 24, 2026. (*See* ECF No. 8 at 5.) Although the motion was not docketed until May 28, 2026, under the "mailbox rule," a document is deemed to be "filed" when a prisoner delivers it to prison authorities for forwarding to the district court. *Houston v. Lack*, 487 U.S. 266, 270–72 (1988); *see also Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009) ("[T]he *Houston* mailbox rule applies to § 1983 suits filed by pro se prisoners.").

3:25-cv-2810-WQH-AHG

Time, in which he seeks 15 additional days to submit his First Amended Complaint. (ECF No. 8.)

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time (ECF No. 8) is **GRANTED**. Plaintiff shall file a First Amended Complaint **no later than June 22, 2026**.[2]

Dated:  June 3, 2026

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court

---

[2] If Plaintiff fails to timely file a timely First Amended Complaint, the Court will enter a final Order dismissing this civil action based both on failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and failure to prosecute in compliance with a court order requiring amendment. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").

3:25-cv-2810-WQH-AHG